UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC CHIMIENTI, Individually and on behalf of all other persons similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>JANKMAN LLC, d/b/a JACK'S WIFE FREDA, DEAN JANKELOWITZ and MAYA JANKELOWITZ, jointly and severally,<br><br>                      Defendants. | ECF CASE<br><br>No.: 1:21-cv-10853 (JPO)<br><br>PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT UNDER FED. R. CIV. P. 68 |

To:    Jennifer E. Sherven
         KAUFMAN DOLOWICH VOLUCK, LLP
         135 Crossways Park Drive, Suite 201
         Woodbury, New York 11797
         516.681.1100
         jsherven@kdvlaw.com
         *Defendants' Counsel*

        Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Dominic Chimienti, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Officer of Judgment to Plaintiff dated March 9, 2023, attached hereto as Exhibit A.

Dated: March 9, 2023

                                                      Respectfully submitted,

                                                      Douglas Lipsky, Esq.
                                                      Lipsky Lowe LLP
                                                      420 Lexington Avenue, Suite 1830
                                                      New York, NY 10170-1830
                                                      doug@lipskylowe.com
                                                      *Plaintiff's Counsel*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC CHIMIENTI, Individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>JANKMAN LLC, d/b/a JACK'S WIFE FREDA, DEAN JANKELOWITZ and MAYA JANKELOWITZ, jointly and severally,<br><br>      Defendants. | ECF CASE<br><br>No.: 1:21-cv-10853 (JPO)<br><br>OFFER OF JUDGMENT UNDER FED. R. CIV. P. 68 |

TO: Douglas Lipsky, Esq.
   Lipsky Lowe LLP
   420 Lexington Avenue, Suite 1830
   New York, NY 10170-1830
   doug@lipskylowe.com
   *Attorneys for Plaintiff*

   Defendant JANKMAN LLC d/b/a Jack's Wife Freda ("Defendant") by and through its attorneys, Kaufman Dolowich & Voluck, LLP, offers to allow judgment to be taken against it by Plaintiff Dominic Chimienti ("Plaintiff") for Ten Thousand Dollars and Zero cents ($10,000.00), plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by mutual agreement of the parties.

   In exchange for this offer, Plaintiff will release, and forever discharge, Defendants Jankman LLC, Dean Jankelowitz, and Maya Jankelowitz, and their officers, agents, and

1

employees from all claims and damages stated in the Complaint and any and all claims and damages that could have been stated in the Complaint.

This offer of judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action or that the Plaintiff has suffered any damages.

Dated: March 9, 2023    Respectfully submitted,

    _____
    Jennifer E. Sherven
    KAUFMAN DOLOWICH VOLUCK, LLP
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    516.681.1100
    jsherven@kdvlaw.com
    *Defendants' Counsel*