UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC CHIMIENTI, Individually and on behalf of all other persons similarly situated, | ECF CASE |
| Plaintiff, | No.: 1:21-cv-10853 (JPO) |
| v. | |
| JANKMAN LLC, d/b/a JACK'S WIFE FREDA, DEAN JANKELOWITZ and MAYA JANKELOWITZ, jointly and severally, | JUDGMENT |
| Defendants. | |

WHEREAS on or about March 9, 2023, Defendants served on Plaintiff an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of $10,000.00 ("Offer of Judgment"), and

WHEREAS Plaintiff accepted Defendant's Offer of Judgment on or about March 9, 2023,

JUDGMENT shall be entered in favor of Plaintiff against Defendants in the amount of $10,000.00, in accordance with the terms and conditions of Defendants' Offer of Judgment.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED

Dated: New York, New York
        March 10          , 2023.

_____
J. PAUL OETKEN
United States District Judge